No. 958, October Term, 1957. MEADS *v.* UNITED STATES, 357 U. S. 905. Rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.

No. 963, October Term, 1957. FARNUM *v.* CONNECTICUT ET AL., 357 U. S. 919;

No. 716, Misc., October Term, 1957. FARNUM *v.* CONNECTICUT ET AL., 357 U. S. 916; and

No. 717, Misc., October Term, 1957. FARNUM *v.* INTERNATIONAL ASSOCIATION OF MACHINISTS, 357 U. S. 916. Petition for rehearing and other relief denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.

No. 626, Misc., October Term, 1954. DAVIS *v.* SUMMERFIELD, POSTMASTER GENERAL, 349 U. S. 965. Motion for leave to file second petition for rehearing denied. MR. JUSTICE STEWART took no part in the consideration or decision of this application.

OCTOBER 27, 1958.

No. 415, October Term, 1957. COUNTY OF MARIN ET AL. *v.* UNITED STATES ET AL., 356 U. S. 412. The motion to allow and tax costs is granted to the extent of